IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLENE SMITH,

    Plaintiff,

vs.                                              Case No.  1:16cv1122

SYNCHRONY BANK,                        Judge Timothy S. Black

    Defendant.

## NOTICE OF SETTLEMENT

      COMES NOW the Plaintiff, Charlene Smith, by counsel, and hereby notifies the Court that a settlement has been reached between the Plaintiff, Charlene Smith, and the Defendant, Synchrony Bank.  The settlement must be approved by the United States Bankruptcy Court for the Southern District of West Virginia, Case No. 3:16-bk-30155.  The parties respectfully request that the Court stay this matter pending approval of the settlement in bankruptcy court.

                                            By:    /s/ Jason E. Causey
                                                      JASON E. CAUSEY #0081933
                                                         BORDAS & BORDAS, PLLC
                                                         106 East Main Street
                                                         Saint Clairsville, OH  43950
                                                         (304) 242-8410
                                                         jcausey@bordaslaw.com

                                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Service of the foregoing **NOTICE OF SETTLEMENT** was had upon the Defendant herein on the 19th day of April, 2017, by filing electronically with the Clerk of the Court using the CM/ECF system, and by mailing a copy of said Notice to the following:

Jonathan M. Marmo, Esq.
ReedSmith LLP
Global Customer Centre
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222-4899
jmarmo@reedsmith.com

|  | |
|---|---|
| By: | /s/ Jason E. Causey |
| | JASON E. CAUSEY #0081933 |
| | BORDAS & BORDAS, PLLC |
| | 106 East Main Street |
| | Saint Clairsville, OH  43950 |
| | (304) 242-8410 |
| | jcausey@bordaslaw.com |

*Counsel for Plaintiff*